## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In Re:   Shalisa Shantya Slaughter                     Chapter 13

                                                       Case No. _

Debtor.

## Chapter 13 Plan

Address:        Debtor   4977 Darlington Drive, Memphis, TN 38118

Plan Payment:

Debtor Shall Pay: $ 260.00 Semi-Monthly

   Or by: ( X )Payroll Deduction   American Financial, 6775 Lenox Court, Memphis, TN 38115

1.  This Plan [Rule 3015.1 Notice]:

    (A) Contains a Non-standard Provision [See provision 19].                    (X) Yes   ( )   No

    (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes   ( )   No
        [See provisions 7 and 8].

    (C) Avoids a Security Interest or Lien. [See provision 12].                  ( ) Yes   (X)   No

2.  Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3.  Auto Insurance:      ( ) Included in Plan      Or (X) Not Included in Plan if proof provided by Debtor

4.  Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:          Monthly Pmt.
    _____ ongoing payment begins _____

5.  Priority Claims:                                                                              Monthly Pmt.
    _____  Amount  _____

6.  Home Mortgage Claims:     ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:             Monthly Pmt.
                              ongoing payment begins _____

7.  Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:       Collateral Value      Interest Rate      Monthly Pmnt.
    _____        _____      _____      _____

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Credit Acceptance (2016 Chevrolet Malibu) | $    20,400.00 | 0.00% | $420.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   Collateral

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Extra Space Storage (rental arrears through 01/31/2020) | $    870.00 | 0.00% | $15.00 |

11. Student Loan Claims and Other Long Term Claims:

| Sallie Mae | (X) Not Provided For | ( ) General Unsecured Creditor |
|---|---|---|
| Federal Loan Servicing | (X) | |
| Department of Education | (X) Not Provided For | ( ) General Unsecured Creditor |

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the  Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    Extra Space Storage                     (X) Assume      ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the

    hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908             Date    January 23, 2020
    Debtor's Attorney's Signature